DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

OGLESBY v. McCOY

No. 271 PC.

Case below: 41 N.C. App. 735.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 September 1979. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 25 September 1979.

OGLESBY v. McCOY

No. 270 PC.

Case below: 41 N.C. App. 767.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 September 1979. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 25 September 1979.

RAGLAND v. MOORE

No. 236 PC.

No. 122 (Fall Term).

Case below: 41 N.C. App. 588.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 25 September 1979.

RAILWAY CO. v. FIBRES, INC.

No. 268 PC.

Case below: 41 N.C. App. 694.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

REALTY, INC. v. WHISNANT

No. 269 PC.

Case below: 41 N.C. App. 702

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.